UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
IN RE WORLD TRADE CENTER LOWER : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION :
:
:
:
:
:
-----------------------------------------------------------------X
CHRISTIAN FEBRILLET, : 08-CV-02618-AKH
:
                         Plaintiff, :
: **APPEARANCE**
  - against - :
: **ELECTRONICALLY FILED**
ALAN KASMAN DBA KASCO, *et al.*, :
:
                     Defendants. :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York         DICKSTEIN SHAPIRO LLP
       June 26, 2008

                            By:    /s/ Judith R. Cohen
                                      _____
                                      Judith R. Cohen (JC-8614)
                                      1177 Avenue of the Americas
                                      New York, New York 10036
                                      Phone: (212) 277-6500
                                      Fax: (212) 277-6501

                                      *Attorney for Defendant*
                                      MERRILL LYNCH & CO., INC.

DOCSNY-314109